FILED

09/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0035

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0035

_____

BROAD REACH POWER, LLC and
NORTHWESTERN ENERGY,

     Petitioners and Appellants,

  v.

MONTANA DEPARTMENT OF PUBLIC
SERVICE REGULATION, PUBLIC SERVICE
COMMISSION,

     Respondent and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 28 2022